CLOSED

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CRIMINAL DOCKET FOR CASE #: 1:15−mj−00387−ECS−1
# *Internal Use Only*

Case title: USA v. Animawun

Other court case number:  1:15−cr−172−AA − District of Oregon (Medford)

Date Filed: 05/13/2015

Date Terminated: 05/18/2015

---

Assigned to: Magistrate Judge E. Clayton Scofield, III

**Defendant (1)**

| | | |
|---|---|---|
| **Lateef Aina Animawun**<br>*TERMINATED: 05/18/2015* | represented by | **William H. Thomas , Jr.**<br>The W.H. Thomas Firm, LLC<br>75 Fourteenth Street<br>25th Floor<br>Atlanta, GA 30309<br>404−897−3523<br>Fax: 404−875−8757<br>Email: bill@whthomasfirm.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1349 − ATTEMPT AND CONSPIRACY TO COMMIT FRAUD | |

**Plaintiff**

**USA**                                    represented by **Christopher Bly**
                                                        U.S. Attorneys Office – ATL
                                                        600 Richard Russell Building
                                                        75 Spring Street, S.W.
                                                        Atlanta, GA 30303
                                                        404–581–6048
                                                        Email: chris.bly@usdoj.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 05/13/2015 | | 4 | Arrest (Rule 40) of Lateef Aina Animawun (ryc) (Entered: 05/18/2015) |
| 05/13/2015 | 1 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Victoria Calvert (IA Only) as to Lateef Aina Animawun. Signed by Magistrate Judge E. Clayton Scofield, III on 5/13/15. (ryc) (Entered: 05/18/2015) |
| 05/13/2015 | 2 | 6 | MOTION for Detention by USA as to Lateef Aina Animawun. (ryc) (Entered: 05/18/2015) |
| 05/13/2015 | 3 | 9 | Minute Entry for proceedings held before Magistrate Judge E. Clayton Scofield, III: Initial Appearance in Rule 5(c)(3) Proceedings as to Lateef Aina Animawun held on 5/13/2015. Removal/Detention Hearing set for 5/18/2015 at 10:45 AM in ATLA Courtroom 1810 before Magistrate Judge E. Clayton Scofield III.) (Attachments: # 1 Copy of Indictment) (Tape #FTR) (ryc) (Entered: 05/18/2015) |
| 05/13/2015 | 4 | 27 | Order of Temporary Detention pursuant to Bail Reform Act by Magistrate Judge E. Clayton Scofield, III as to Lateef Aina Animawun. Detention Hearing set for 5/18/2015 at 10:45 AM in ATLA Courtroom 1810 before Magistrate Judge E. Clayton Scofield, III. (ryc) (Entered: 05/18/2015) |
| 05/18/2015 | 5 | 28 | Minute Entry for proceedings held before Magistrate Judge E. Clayton Scofield, III: Detention Hearing held as to Lateef Aina Animawun. Defendant WAIVES removal hearing (as to identity only). Waiver filed. Pretrial detention ordered. GRANTING 2 Government's Motion for Detention. Commitment issued 5/18/15. Exhibit: G1 – Copy of email communication – Admitted. Exhibit returned to counsel. (Tape #FTR) (ryc) (Entered: 05/20/2015) |
| 05/18/2015 | 6 | 30 | WAIVER of Rule 5 &5.1 Hearings by Lateef Aina Animawun (ryc) (Entered: 05/20/2015) |
| 05/18/2015 | 7 | 31 | COMMITMENT TO ANOTHER DISTRICT as to Lateef Aina Animawun. Defendant committed to the District of Oregon (Medford). Signed by Magistrate Judge E. Clayton Scofield, III on 5/18/15. (ryc) (Entered: 05/20/2015) |
| 05/18/2015 | | 32 | Magistrate Case Closed. Defendant Lateef Aina Animawun terminated. (ryc) (Entered: 05/20/2015) |

| 05/20/2015 | | 33 | Transmittal of Rule 5(c)(3) Documents as to Lateef Aina Animawun, sent to the District of Oregon (Medford) electronically with a copy of the docket sheet. (ryc) (Entered: 05/20/2015) |
| --- | --- | --- | --- |

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Christopher Bly (chris.bly@usdoj.gov, gaylene.berberick@usdoj.gov,
susan.giroux@usdoj.gov, usagan.motionsresponses@usdoj.gov), Magistrate Judge E. Clayton
Scofield, III (angela_l_smith@gand.uscourts.gov, ganddb_efile_ecs@gand.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:7101078@gand.uscourts.gov
Subject:Activity in Case 1:15-mj-00387-ECS USA v. Animawun Arrest - Rule 40
```
Content–Type: text/html

## U.S. District Court

## Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 5/18/2015 at 2:37 PM EDT and filed on 5/13/2015

| | |
|---|---|
| **Case Name:** | USA v. Animawun |
| **Case Number:** | 1:15–mj–00387–ECS |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Arrest (Rule 40) of Lateef Aina Animawun (ryc)**

**1:15–mj–00387–ECS–1 Notice has been electronically mailed to:**

Christopher Bly    chris.bly@usdoj.gov, gaylene.berberick@usdoj.gov, susan.giroux@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

**1:15–mj–00387–ECS–1 Notice has been delivered by other means to:**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAY 1 3 2015

James N. Hatten, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

LAFEEF AINA ANIMAWUN,

               Defendant.

CASE NO. 1:15-MJ-387

## ORDER  APPOINTING  COUNSEL

Victoria Calvert  – IH only

The above-named defendant has testified under oath or has filed with the Court

an affidavit of financial status and hereby satisfied this Court that he or she is financially

unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed

to represent this defendant in the above-captioned case unless relieved by an Order of

this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 13th day of May, 2015.


E. Clay Fuller

**UNITED STATES MAGISTRATE JUDGE**

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAY 1 3 2015

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

LATEEF AINA ANIMAWUN

Criminal Action No.
1:15-MJ-388

## Government's Motion for Detention

The United States of America, by counsel, John A. Horn, Acting United States Attorney, and Christopher C. Bly, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

**1.    Eligibility of Case**

This case is eligible for a detention order because this case involves:

A serious risk that the defendant will flee.

**2.    Reason for Detention**

The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required.

**3.    Rebuttable Presumption**

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3).The United States will not invoke the rebuttable presumption that no

condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

**4.   Time for Detention Hearing**

The United States requests the Court conduct the detention hearing after a continuance of three days.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: May 13, 2015.

Respectfully submitted,

Richard Russell Federal Building
75 Spring Street S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181
(404) 581-6000

JOHN A. HORN
*Acting United States Attorney*

CHRISTOPHER C. BLY
*Assistant United States Attorney*
Ga. Bar No. 064634

2

## Certificate of Service

I served this document today by handing a copy to defense counsel:

Victoria Calvert

May 13, 2015

/s/CHRISTOPHER C. BLY
CHRISTOPHER C. BLY
Assistant United States Attorney

**MAGISTRATE'S CRIMINAL MINUTES
REMOVALS (RULE 40)**

FILED IN OPEN COURT

DATE : _5/13/15_ @ _2:25_

**MAGISTRATE  JUDGE** E. CLAYTON SCOFIELD III

TAPE: FTR

ANGELA  SMITH  DEPUTY  CLERK

TIME IN COURT: _25 mins_

CASE NUMBER _1:15-mj-387_        DEFENDANT'S NAME _Lateef Aina Animawun_

AUSA _Chris Bly_        DEFENDANT'S ATTY _Victoria Calvert_
                                          Type Counsel (circle)   Retained   CJA  (FDP)

USPO _____

_____ Interpreter

__✓__ Initial appearance hearing held.

__✓__ Defendant informed of rights.

__✓__ ORDER appointing Federal Defender Program attorney for defendant,  I A only.

_____ ORDER appointing _____ attorney for defendant.

_____ ORDER defendant shall pay attorney's fees as follows: _____

_____

_____ Defendant WAIVES removal hearing (as to identity only). _____ WAIVER FILED.

_____ Defendant WAIVES preliminary hearing (____ In this district only). _____ WAIVER FILED.

__✓__ Removal hearing set/reset/cont to _5/18/15_ @ _10:45_

_____ Removal hearing HELD. _____ Probable Cause found. _____ Defendant held for removal.

_____ Defendant identified as named defendant in allegations.  Defendant held for removal to other district.

_____ Defendant ordered removed to other district.

_____ Commitment issued _____

### BOND/PRETRIAL DETENTION HEARING

__✓__ Government motion for detention filed.    Hearing set for _5/18/15_ @ _10:45_

_____ BOND/PRETRIAL DETENTION HEARING HELD _____ Requested in charging district.

_____ Government's motion for detention _____ GRANTED _____ DENIED

_____ Pretrial detention ORDERED.  (Written order to follow _____).

_____ BOND SET at $_____

_____ NON-SURETY

_____ SURETY/CASH: _____ Property Acceptable: _____ Corporate Surety Only

_____ Combination: _____

_____ SPECIAL CONDITIONS:_____

_____

_____ BOND FILED.  Defendant RELEASED.

_____ BOND NOT EXECUTED.  DEFENDANT TO REMAIN IN MARSHAL'S CUSTODY.

_____ SEE PAGE 2

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

Certified to be a true and correct
copy of original filed in this District.
Dated _____ 5·7·15
Mary L. Moran, Clerk of Court
US District Court of Oregon
By Deputy Clerk _Rsmeanb_
Pages ____1____ Through ___17

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:15-CR- 00172-AA |
| Plaintiff, | **INDICTMENT** ( ) |
| v. | |
| EMMANUEL OLUWATOSIN KAZEEM, | Count 1: 18 U.S.C. § 1349 |
| OLUWATOBI RUEBEN DEHINBO, | Conspiracy to Commit Mail and Wire Fraud |
| LATEEF AINA ANIMAWUN, | |
| OLUWASEUNARA TEMITOPE· | Counts 2 through 8: 18 U.S.C. § 1341 |
| OSANYINBI, and | Mail Fraud |
| OLUWAMUYIWA ABOLAD OLAWOYE, | |
| | Counts 9 through 14: 18 U.S.C. § 1343 |
| Defendants. | Wire Fraud |

Counts 15 through 27: 18 U.S.C. § 1028A
Aggravated Identity Theft

Forfeiture Allegations:
18 U.S.C. § 982(a)(2) and 28 U.S.C. § 2461(c)

## THE GRAND JURY CHARGES:

### COUNT 1
### (CONSPIRACY TO COMMIT MAIL AND WIRE FRAUD)

#### NTRODUCTION

At all times material to this Indictment:

1.     As set forth below, defendants' conduct involved obtaining stolen personal identifying

information of more than 125,000 individuals and, beginning at least as early as the 2012 tax

year to the present, using that information to file fraudulent federal and state tax returns.  In total,

defendants and their co-conspirators filed over 980 false federal tax returns seeking over $6.6

million dollars in fraudulent refunds.  The actual loss exceeded $2 million dollars from tax returns accepted for payment by the Internal Revenue Service (IRS).

2.      Defendant **EMMANUEL OLUWATOSIN KAZEEM**, also known by online monikers "philipe1212@xxx.com" and "Paka Phil," resides in Maryland.

3.      Defendant **OLUWATOBI RUEBEN DEHINBO**, also known by online moniker "knightyngale@xxx.com," resides in Georgia.

4.      Defendant **LATEEF AINA ANIMAWUN**, also known by online moniker "lolad_pop@xxx.com," resides in Georgia.

5.      Defendant **OLUWASEUNARA TEMITOPE OSANYINBI**, also known by online moniker "oluwaseunara@xxx.com," resides in Georgia.

6.      Defendant **OLUWAMUYIWA ABOLAD OLAWOYE**, also known by online moniker "macktomson20@xxx.com," resides in Georgia.

7.      The term "Personal Identifying Information" or "PII," can include an individual's name, address, social security number, date of birth, places of work, duration of work, state driver's license number, mother's maiden name, bank account numbers, bank routing numbers, e-mail account names, and other account passwords.

8.      For tax purposes, an "Electronic Filing PIN" is a five digit personal identification number required for electronically filing tax returns with the IRS when the filer does not have a Self-Select PIN or know his or her Adjusted Gross Income from the previous year.  Using the website IRS.gov, a filer can request an Electronic Filing PIN by authenticating his or her purported identity by entering a host of personal information, including social security number, full name, date of birth, filing status, and full address.

INDICTMENT                                                                          PAGE 2

9.     A "means of identification" is any name or number that may be used, alone or in

conjunction with any other information, to identify a specific individual, including a name,

Social Security number, date of birth, or an access device.  18 U.S.C. § 1028(d)(7).

10.    An "access device" is, among other things, any card, account number, or other means of

account access, that could be used, alone or in conjunction with another access device, to obtain

money, goods, services, or any other thing of value, or that could be used to initiate a transfer of

funds (other than a transfer originated solely by paper instrument), including a prepaid debit card

or prepaid debit card account number.  18 U.S.C. § 1029(e)(1).

11.    A "prepaid debit card" is a card linked to an account at a financial institution, which

could be used to receive deposits electronically, like a traditional bank account, and to make

purchases and cash withdrawals with funds in the account, like a traditional debit card.  Prepaid

debit cards are administered through many providers, including but not limited to Green Dot

Bank.

12.    A "disposable email address" is an email address that is given to specified senders and

typically used to forward incoming emails to one or more permanent email addresses where the

owner receives and reads messages.  A disposable email address may be used as a means of

shielding a permanent email address from senders and it can protect the integrity of a permanent

email address because the disposable address may be canceled at any time without the owner

changing his or her permanent email address.

## THE CONSPIRACY

13.    Beginning at least as early as tax year 2012, the exact date being unknown to the Grand

Jury, and continuing to the present, in the District of Oregon and elsewhere, defendants

**EMMANUEL OLUWATOSIN KAZEEM, OLUWATOBI RUEBEN DEHINBO, LATEEF**

INDICTMENT                                                                                      PAGE 3

**AINA ANIMAWUN, OLUWASEUNARA TEMITOPE OSANYINBI**, and

**OLUWAMUYIWA ABOLAD OLAWOYE**, unlawfully and knowingly conspired and agreed

with each other and with persons both known and unknown to the Grand Jury, to commit the

following offenses, in violation of Title 18, United States Code, Section 1349:

    a.    Mail Fraud – To knowingly and willfully use or cause the use of the United

        States mails or private or commercial interstate carrier in furtherance and

        execution of a material scheme or artifice to defraud and obtain money by means

        of materially false and fraudulent pretenses and representations in violation of

        Title 18, United States Code, Section 1341; and,

    b.    Wire Fraud – To knowingly and willfully transmit and cause to be transmitted by

        means of interstate and foreign wire commerce any writings in furtherance and

        execution of a material scheme or artifice to defraud and obtain money by means

        of materially false and fraudulent pretenses and representations in violation of

        Title 18, United States Code, Section 1343.

**Objects Of The Conspiracy/Scheme to Defraud**

14.    It was the object of the conspiracy and the scheme to defraud to obtain stolen PII and use

that identifying information, as well as false information relating to employment and income, for

the purpose of preparing and electronically filing fraudulent tax returns with the Internal

Revenue Service and the Oregon Department of Revenue claiming fraudulent refunds.  It was

also an object of the conspiracy to obtain the fraudulent refunds associated with those fraudulent

returns through direct deposits to debit cards fraudulently registered with the stolen PII and

through direct deposit to third party personal bank accounts.

INDICTMENT                                       PAGE 4

**Stolen Identity Information**

15.     It was part of the conspiracy that the defendants and their co-conspirators obtained the

names and other personal identifying information that belonged to United States taxpayers,

without their knowledge or consent, by unauthorized means including the purchase of the stolen

information.  The stolen PII belonged to over 125,000 people and included stolen PII originating

from a database owned by a pre-employment and volunteer background check company located

in Oregon (the "Oregon Database").

16.     It was a further part of the conspiracy that the defendants and their co-conspirators, using

email and instant messenger accounts, exchanged hundreds of communications containing the

stolen social security numbers and other PII of over 88,000 individuals whose information

originated from the Oregon Database.  This included over 38,000 residents from Oregon.  Some

of the specific emails exchanged as part of the conspiracy included the following:

      a.     On or about September 15, 2013, defendants **KAZEEM, ANIMAWUN**, and

           **DEHINBO**, along with other co-conspirators, exchanged emails containing stolen

           PII for Oregon resident J.W.;

      b.     On or about September 25, 2013, defendants **KAZEEM** and **ANIMAWUN**,

           along with other co-conspirators, exchanged emails containing stolen PII for

           Oregon residents M.E. and R.F.;

      c.     On or about March 26, 2014, defendants **KAZEEM** and **OSANYINBI**, along

           with other co-conspirators, exchanged emails containing stolen PII for Nevada

           resident C.M. and Oregon resident D.B.;

      d.     On or about March 22, 2014, defendants **OLAWOYE** and **OSANYINBI**

           exchanged emails containing stolen PII for Washington resident H.M. and Oregon

INDICTMENT                                          PAGE 5

resident W.C.  On or about April 5, 2014, defendants **OSANYINBI** and

**DEHINBO** exchanged instant messages containing stolen PII for H.M.;

    e.    On or about March 22, 2014, defendants **OLAWOYE** and **OSANYINBI**

exchanged emails containing stolen PII for Oregon resident B.M.

17.    It was a further part of the conspiracy that each defendant obtained the following number

of stolen identities for use in carrying out their fraudulent scheme:

    a.    **KAZEEM**: over 111,800 (with over 77,000 from the Oregon Database and over

37,600 of those belonging to residents of Oregon);

    b.    **DEHINBO**: over 5,800 (with over 4,600 from the Oregon Database and over

2,100 of those belonging to residents of Oregon);

    c.    **ANIMUWAN**: over 20,200 (with over 8,700 from the Oregon Database and over

4,000 of those belonging to residents of Oregon);

    d.    **OSANYINBI**: over 16,400 (with over 11,800 from the Oregon Database and over

4,800 of those belonging to residents of Oregon);

    e.    **OLAWOYE**: over 5,200 (with over 2,800 from the Oregon Database and over

1,300 of those belonging to residents of Oregon).

**Electronic Filing PINs**

18.    It was part of the conspiracy that the co-conspirators used the stolen PII to obtain

Electronic Filing PINs from the Internal Revenue Service.

19.    It was a further part of the conspiracy that the Electronic Filing PINs were acquired in

the names of individuals whose PII was stolen for subsequent use in obtaining prepaid debit

cards and filing fraudulent tax returns in their names.

INDICTMENT                                 PAGE 6

**Prepaid Debit Cards**

20.    It was part of the conspiracy that the co-conspirators obtained debit and/or other stored value cards for the purpose of receiving direct deposits of fraudulent tax refunds including, but not limited to, Green Dot debit cards issued by Green Dot Bank, a financial institution.

21.    It was a further part of the conspiracy that the co-conspirators purchased Green Dot temporary prepaid debit cards at various retail locations. In order to receive direct deposit funds, including the direct deposit of federal and state tax refunds, the co-conspirators "personalized" the cards by registering them with Green Dot, as required. As part of the registration process, they provided Green Dot with stolen PII including the names and mailing addresses of those individuals resulting in Green Dot mailing personalized-registered cards via U.S. mail to the mailing addresses and in the registered names provided by the co-conspirators. Upon registration, and in order to receive direct deposits of tax refunds, the co-conspirators also obtained the Green Dot Bank routing number and the Direct Deposit Account number created from the Primary Card Reference number linked to the number embossed on both the original-temporary card and the personalized-registered card.

**Disposable Email Addresses**

22.    It was part of the conspiracy that the co-conspirators used disposable email addresses, created through disposable email service provider 33Mail.com, for use in filing fraudulent tax returns, registering prepaid debit cards in the names of the individuals whose PII was stolen, and to further conceal their fraudulent scheme. As part of the conspiracy, for the 2013 and 2014 tax years, these included three 33Mail.com email forwarding addresses that were used to file approximately 261 fraudulent federal tax returns claiming fraudulent refunds in excess of $2.3

INDICTMENT                                                    PAGE 7

million dollars. The actual loss exceeded $748,000 from tax returns accepted for payment by the IRS.

23.     It was a further part of the conspiracy that the co-conspirators also used disposable email addresses to receive communication from Turbotax (regarding electronically filed returns) and Green Dot (regarding registration of prepaid debit cards in the names of individuals who had their PII stolen) including, but not limited to, the use of the disposable email account BRAALLEMA34@sesXXX.33mail.com as follows:

     a.     On or about March 23, 2014, to receive an email confirmation from Turbotax regarding an Oregon state tax return and federal tax return fraudulently filed in the name of Oregon resident B.M. This disposable email account was forwarded to sesXXX@yahoo.com, an email account used by **ANIMAWUN** and the other co-conspirators in the identity theft scheme; and,

     b.     On or about March 22, 2014, to create a Green Dot user ID and request a personalized Green Dot debit card in the name of Oregon resident B.M. On or about March 25, 2014, Green Dot mailed the personalized-registered debit card to an address in Hermiston, Oregon associated with Oregon resident B.M.

24.     It was a further part of the conspiracy that the co-conspirators continued to use some of the same 33Mail.com disposable email addresses in 2015 in association with filing fraudulent 2014 tax year federal returns seeking refunds of over $1.3 million dollars.

**Obtaining Fraudulent Refunds**

25.     It was part of the conspiracy that the co-conspirators electronically filed false and fraudulent individual tax returns with the IRS and the Oregon Department of Revenue in Salem, Oregon claiming that fraudulent tax refunds were owed.

INDICTMENT                                                                                              PAGE 8

26.     It was a further part of the conspiracy that the co-conspirators used the stolen names and other PII to create the fraudulent income tax returns and false Form W-2 Wage and Tax statements, which contained fictitious information regarding employment, wages, withholding, and tax credits.  Whenever the co-conspirators filed a fraudulent tax return that was rejected by the IRS for payment, the co-conspirators often created another fraudulent tax return after changing some of the information from the initial rejected return and refiling the newly created return in an effort to have it accepted for payment.

27.     It was a further part of the conspiracy that the co-conspirators used the Electronic Filing PINs they had acquired in the names of the individuals who had their PII stolen to file fraudulent federal tax returns and Oregon Department of Revenue tax returns.  As part of the conspiracy, it included filing approximately 724 fraudulent federal tax returns for tax year 2013 with the Electronic Filing PINs claiming fraudulent refunds in excess of $4.2 million dollars.  The actual loss exceeded $1.2 million dollars from tax returns accepted for payment by the IRS.

28.     It was a further part of the conspiracy that the co-conspirators acquired and used hundreds of Green Dot debit cards using the stolen PII to receive fraudulent tax refunds.  The co-conspirators included the Direct Deposit Account number along with a Green Dot Bank routing number provided to them at the time of registration on the fraudulently filed tax return to initiate the direct deposit of the fraudulent refunds to the Green Dot Account.  The co-conspirators subsequently accessed those funds from the original-temporary card.

29.     It was a further part of the conspiracy that the co-conspirators exchanged information regarding the Green Dot account numbers and the anticipated fraudulent tax refunds associated with those accounts including, but not limited to, an email sent from **ANIMAWUN** to **OLAWOYE** on or about March 23, 2014, in which the co-conspirators passed information

INDICTMENT                                                                          PAGE 9

pertaining to fourteen Green Dot cards with over $120,000 of scheduled fraudulent refunds to be deposited on the Green Dot accounts associated with the cards.

30.    It was a further part of the conspiracy that the co-conspirators passed information in coordination with the acquisition of Green Dot debit cards, the filing of fraudulent tax returns and the obtaining of fraudulent refunds including, but not limited to the following:

    a.    On March 26, 2014, **KAZEEM** emailed the stolen PII of Nevada resident C.M. and Oregon resident D.B. contained in the Oregon Database to **OSANYINBI**.

    b.    On or about March 26, 2014, the co-conspirators purchased a temporary Green Dot card at a CVS retail outlet.

    c.    On or about March 27, 2014, at a co-conspirator's direction, using the 33Mail.com account associated with **ANIMAWUN**, registered that temporary Green Dot card in the name of C.M. whereupon Green Dot mailed the personalized Green Dot card to C.M. at the Portland, Oregon address associated with D.B. pursuant to the co-conspirator's direction.

    d.    On March 28, 2014, the co-conspirators filed a fraudulent federal return in the names of C.M. and D.B.  The fraudulent return contained accurate stolen PII for both C.M. and D.B. and claimed a $9,943 refund to be directly deposited into the account associated with the Green Dot card registered in the name of C.M.  After the IRS paid the refund, the co-conspirators withdrew and wired the funds using the original-temporary Green Dot card still in their possession.

31.    It was a further part of the conspiracy that the co-conspirators, to facilitate the receipt and withdrawal of fraudulent tax refunds, also directed some fraudulent tax refunds be deposited into third party bank accounts unaffiliated with the identity of the individual who had their PII stolen

INDICTMENT                                                         PAGE 10

and tax return filed in their name including, but not limited to, a 2013 state tax return filed on or about April 15, 2014, with the Oregon Department of Revenue which directed the refund purportedly owed to Oregon resident D.P. and Washington resident D.D. to be deposited into an account at the Central Wisconsin Credit Union, a financial institution, opened in late January 2014. Before filing the fraudulent return, and as part of the conspiracy, the stolen PII of D.D. and others was shared between the named co-conspirators on at least the following dates:

    a.    On or about November 6, 2013, **KAZEEM** emailed PII to **DEHINBO**;

    b.    On or about February 27, 2014, **KAZEEM** emailed PII to **ANIMAWUN**;

    c.    On or about February 27, 2014 and March 5, 2014, **ANIMAWUN** emailed PII to an unnamed co-conspirator;

    d.    On or about March 4, 2014, an unnamed co-conspirator emailed PII to **ANIMAWUN**;

    e.    On or about April 27, 2014, **KAZEEM** emailed PII to **OSANYINBI**.

32.    It was a further part of the conspiracy that the co-conspirators retrieved the acquired fraudulent tax refunds from the debit and/or stored value cards through various purchases, including the purchase of money orders or wire transfers payable to the co-conspirators and converted cash and money orders for the personal use of the co-conspirators.

33.    It was a further part of the conspiracy that the co-conspirators retrieved the acquired fraudulent tax refunds from the third party bank accounts through withdrawals including ATM withdrawals.

34.    Defendants and their co-conspirators took steps to conceal the existence of the conspiracy.

INDICTMENT                          PAGE 11

**Additional Overt Acts in Furtherance of the Conspiracy**

35.     In furtherance of the conspiracy, and to effect, promote and accomplish the objects of it,

defendants **EMMANUEL OLUWATOSIN KAZEEM, OLUWATOBI RUEBEN**

**DEHINBO, LATEEF AINA ANIMAWUN, OLUWASEUNARA TEMITOPE**

**OSANYINBI, and OLUWAMUYIWA ABOLAD OLAWOYE,** and other persons known and

unknown to the Grand Jury, caused to be committed, among others, the use of the United States

mail, or private or commercial interstate carrier, set forth in Counts 2 through 8 of this

Indictment, incorporated herein by this reference.

36.     In furtherance of the conspiracy, and to effect, promote and accomplish the objects of it,

defendants **EMMANUEL OLUWATOSIN KAZEEM, OLUWATOBI RUEBEN**

**DEHINBO, LATEEF AINA ANIMAWUN, OLUWASEUNARA TEMITOPE**

**OSANYINBI, and OLUWAMUYIWA ABOLAD OLAWOYE,** and other persons known and

unknown to the Grand Jury, committed and caused to be committed, among others, the interstate

and/or foreign wire transmission of Oregon Department of Revenue tax returns set forth in

Counts 9 through 14 of this Indictment, incorporated herein by this reference.

All in violation of Title 18, United States Code, Sections 1349.

**COUNTS 2-8**

**(MAIL FRAUD)**

37.     Paragraphs 1 through 34 of the Indictment are re-alleged and incorporated herein by

reference.

38.     On or about the dates listed below, in the District of Oregon and elsewhere, defendants

**EMMANUEL OLUWATOSIN KAZEEM, OLUWATOBI RUEBEN DEHINBO, LATEEF**

**AINA ANIMAWUN, OLUWASEUNARA TEMITOPE OSANYINBI, and**

INDICTMENT                                                          PAGE 12

**OLUWAMUYIWA ABOLAD OLAWOYE**, together with persons known and unknown to the Grand Jury, having knowingly and intentionally devised a material scheme and artifice to defraud the Internal Revenue Service and obtain money from the United States Treasury by means of materially false and fraudulent pretenses and representations, and for the purpose of executing the aforementioned material scheme and artifice, and attempting to do so, did knowingly cause debit cards, as described below, to be placed in a post office and authorized depository for mail matter, and delivered by the United States Postal Service (USPS) or private or commercial interstate carrier to the mailing addresses described below, each use of the mails being a separate count of this Indictment:

| Count | Date of Offense | Mailing |
|-------|-----------------|---------|
| 2 | On or about 04/01/2013 | Debit card in the name of P.J., addressed to P.J. in Medford, Oregon. |
| 3 | On or about 09/26/2013 | Debit card in the name of J.W., addressed to J.W. in Eugene, Oregon. |
| 4 | On or about 10/08/2013 | Debit card in the name of M.E., addressed to M.E. in West Linn, Oregon. |
| 5 | On or about 03/22/2014 | Debit card in the name of B.M., addressed to B.M. in Hermiston, Oregon. |
| 6 | On or about 03/24/2014 | Debit card in the name of H.M., addressed to H.M. in Portland, Oregon. |
| 7 | On or about 03/27/2014 | Debit card in the name of C.M., addressed to C.M. in Portland, Oregon. |
| 8 | On or about 04/19/2014 | Debit card in the name of J.E., addressed to J.E. in Clackamas, Oregon. |

All in violation of Title 18, United States Code, Section 1341.

## COUNTS 9-14

## (WIRE FRAUD)

39.    Paragraphs 1 through 34 of the Indictment are re-alleged and incorporated herein by reference.

INDICTMENT                                                                    PAGE 13

40.    On or about the dates listed below, in the District of Oregon and elsewhere, defendants

**EMMANUEL OLUWATOSIN KAZEEM, OLUWATOBI RUEBEN DEHINBO, LATEEF**

**AINA ANIMAWUN, OLUWASEUNARA TEMITOPE OSANYINBI,** and

**OLUWAMUYIWA ABOLAD OLAWOYE,** together with persons known and unknown to the

Grand Jury, having knowingly and intentionally devised a material scheme and artifice to

defraud the Oregon Department of Revenue and obtain money from the State of Oregon by

means of materially false and fraudulent pretenses and representations, and for the purpose of

executing the aforementioned material scheme and artifice, and attempting to do so, did

knowingly cause false state of Oregon tax returns using stolen identity information of an actual

person known to the Grand Jury, listed by his or her initials below, to be transmitted and caused

to be transmitted in interstate and/or foreign commerce by means of wire communication, as

more particularly described below, each use of the wires being a separate count of this

Indictment:

| Count Number | Date of Offense | Description of Wire |
|---|---|---|
| 9 | 04/13/2013 | Oregon Department of Revenue tax return, including copy of federal tax return, electronically filed in the names of P.J. and V.M. |
| 10 | 05/14/2013 | Oregon Department of Revenue tax return, including copy of federal tax return, electronically filed in the names of R.W. and P.T. |
| 11 | 03/23/2014 | Oregon Department of Revenue tax return, including copy of federal tax return, electronically filed in the names of B.M. and G.H. |
| 12 | 04/01/2014 | Oregon Department of Revenue tax return, including copy of federal tax return, electronically filed in the names of R.B. and A.M. |
| 13 | 04/15/2014 | Oregon Department of Revenue tax return, including copy of federal tax return, electronically filed in the names of D.P. and D.D. |

INDICTMENT                                                                                    PAGE 14

| 14 | 07/26/2014 | Oregon Department of Revenue tax return, including copy of federal tax return, electronically filed in the names of S.T. and M.J. |
|---|---|---|

All in violation of Title 18, United States Code, Section 1343.

## COUNTS 15-27

### (AGGRAVATED IDENTITY THEFT)

41.     On or about the dates listed below, in the District of Oregon and elsewhere, defendants

**EMMANUEL OLUWATOSIN KAZEEM, OLUWATOBI RUEBEN DEHINBO, LATEEF**

**AINA ANIMAWUN, OLUWASEUNARA TEMITOPE OSANYINBI,** and

**OLUWAMUYIWA ABOLAD OLAWOYE,** together with persons known and unknown to the

Grand Jury, did knowingly possess, transfer and use, without lawful authority, the means of

identification of another person including the name, Social Security number, and other stolen

personal identifying information of an actual person known to the Grand Jury, listed by his or her

initials below, during the registration process of prepaid debit cards that occurred during and in

relation to the commission of a federal felony enumerated in 18 U.S.C. § 1028A(c), to wit: mail

fraud and conspiracy to commit mail fraud in violation of Title 18, United States Code, Sections

1341 and 1349 as alleged in the related fraud Counts of this Indictment referenced below, each

use of the mails being a separate count of this Indictment:

| Count | Date of Offense | Related Fraud Counts | Individual |
|---|---|---|---|
| 15 | On or about 04/01/2013 | 1 and 2 | P.J. |
| 16 | On or about 09/26/2013 | 1 and 3 | J.W. |
| 17 | On or about 10/08/2013 | 1 and 4 | M.E. |
| 18 | On or about 03/22/2014 | 1 and 5 | B.M. |

INDICTMENT                                                                 PAGE 15

| 19 | On or about 03/24/2014 | 1 and 6 | H.M. |
| 20 | On or about 03/27/2014 | 1 and 7 | C.M. |
| 21 | On or about 04/19/2014 | 1 and 8 | J.E. |

All in violation of Title 18, United States Code, Sections 1028A(a)(1), (c)(5).

42.     On or about the dates listed below, in the District of Oregon and elsewhere, defendants

**EMMANUEL OLUWATOSIN KAZEEM, OLUWATOBI RUEBEN DEHINBO, LATEEF**

**AINA ANIMAWUN, OLUWASEUNARA TEMITOPE OSANYINBI,** and

**OLUWAMUYIWA ABOLAD OLAWOYE,** together with persons known and unknown to the

Grand Jury, did knowingly possess, transfer and use, without lawful authority, the means of

identification of another person including the name, Social Security number, and other stolen

personal identifying information of an actual person known to the Grand Jury, listed by his or her

initials below, while electronically filing false Oregon Department of Revenue tax returns, which

each included a copy of a false federal tax return, during and in relation to the commission of a

federal felony enumerated in 18 U.S.C. § 1028A(c), to wit: wire fraud and conspiracy to commit

wire fraud in violation of Title 18, United States Code, Sections 1343 and 1349 as alleged in the

related fraud Counts of this Indictment referenced below, each use of the wires being a separate

count of this Indictment:

| Count | Date of Offense | Related Fraud Counts | Individuals |
| --- | --- | --- | --- |
| 22 | 04/13/2013 | 1 and 9 | P.J. and V.M. |
| 23 | 05/14/2013 | 1 and 10 | R.W. and P.T. |
| 24 | 03/23/2014 | 1 and 11 | B.M. and G.H. |
| 25 | 04/01/2014 | 1 and 12 | R.B. and A.M. |

INDICTMENT                                                                                      PAGE 16

| 26 | 04/15/2014 | 1 and 13 | D.P. and D.D. |
| 27 | 07/26/2014 | 1 and 14 | S.T. and M.J. |

All in violation of Title 18, United States Code, Sections 1028A(a)(1), (c)(5).

### FORFEITURE ALLEGATION

43.    Upon conviction of one or more of the offenses set forth in Counts 1 through 14 of this

Indictment, defendants **EMMANUEL OLUWATOSIN KAZEEM, OLUWATOBI RUEBEN**

**DEHINBO, LATEEF AINA ANIMAWUN, OLUWASEUNARA TEMITOPE**

**OSANYINBI,** and **OLUWAMUYIWA ABOLAD OLAWOYE** shall forfeit to the United

States of America, pursuant to Title 18, United States Code, Section 982(a)(2) and Title 28

United States Code, Section 2461(c), any and all property constituting, or derived from, proceeds

obtained, directly or indirectly, as a result of such violations.

Dated this 7th day of May 2015.

A TRUE BILL.

_____
FOREPERSON

Presented by:
S. AMANDA MARSHALL
United States Attorney

_____
BYRON CHATFIELD
Assistant United States Attorney

_____
NANCY M. OLSON
Assistant United States Attorney

INDICTMENT                                                           PAGE 17

AO 470  (Rev. 8/85) Order of Temporary Detention

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAY 1 3 2015

James N. Hatten, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT

__NORTHERN__   District of    __GEORGIA__

UNITED STATES OF AMERICA

V.

__LATEEF AINA ANIMAWUN__
*Defendant*

## ORDER OF TEMPORARY DETENTION
## PENDING HEARING PURSUANT TO
## BAIL REFORM ACT

Case        1:15-MJ-387

Upon motion of the _____ U. S. GOVERNMENT _____ , it is ORDERED that a

detention hearing is set _____5/18/15_____ * at _____10:45_____
                            *Date*                        *Time*

before _____ E. Clayton Scofield III _____
                     *Name of Judicial Officer*

_____ Courtroom 1810,   U. S. Courthouse 75 Spring Street, S.W. Atlanta., GA 30303 _____
                              *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____

_____ ) and produced for the
              *Other Custodial Official*

Date: _____5/13/15_____            E. Cl~~~~~~ S~~~~~
                                              *Judicial Officer*

_____
*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant.  18 U.S.C. § 3142(f)(2).

    A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

**MAGISTRATE'S CRIMINAL MINUTES**
**REMOVALS (RULE 40)**

**FILED IN OPEN COURT**

DATE :  _5/18/15_  @  _11:04_

**MAGISTRATE  JUDGE E. CLAYTON SCOFIELD III**

TAPE: FTR

ANGELA  SMITH  DEPUTY CLERK

TIME IN COURT: _55 mins_

CASE NUMBER  _1:15-mj-387_       DEFENDANT'S NAME _Lateef Aina Animawun_

AUSA _Chris Bly_             DEFENDANT'S ATTY  _Bill Thomas_

USPO _____       Type Counsel (circle)  (Retained)  CJA    FDP

_Susan Baker_ _____  ~~Interpreter~~ _Court Reported_

_____ Initial appearance hearing held.

_____ Defendant informed of rights.

_____ ORDER appointing Federal Defender Program attorney for defendant.

_____ ORDER appointing _____ attorney for defendant.

_____ ORDER defendant shall pay attorney's fees as follows: _____

_____

__✓__ Defendant WAIVES removal hearing (as to identity only).  __✓__ WAIVER FILED.

_____ Defendant WAIVES preliminary hearing (___ In this district only).  _____ WAIVER FILED.

_____ Removal hearing set/reset/cont to _____ @ _____

_____ Removal hearing HELD. _____ Probable Cause found. _____ Defendant held for removal.

_____ Defendant identified as named defendant in allegations.  Defendant held for removal to other district.

_____ Defendant ordered removed to other district.

__✓__ Commitment issued _5/18/15_____

### BOND/PRETRIAL DETENTION HEARING

_____ Government motion for detention filed.   Hearing set for _____ @ _____

__✓__ BOND/PRETRIAL DETENTION HEARING HELD  _____ Requested in charging district.

__✓__ Government's motion for detention __✓__ GRANTED _____ DENIED

__✓__ Pretrial detention ORDERED.  (Written order to follow _____).

_____ BOND SET at $_____

_____ NON-SURETY

_____ SURETY/CASH: _____ Property Acceptable: _____ Corporate Surety Only

_____ Combination: _____

_____ SPECIAL CONDITIONS:_____

_____

_____ BOND FILED.  Defendant RELEASED.

_____ BOND NOT EXECUTED.  DEFENDANT TO REMAIN IN MARSHAL'S CUSTODY.

_____ SEE PAGE 2

Page 2                        Defendant:    _Lateef Aina_    Case No.:    _1:15-mj-387_
                              Date:         _Animawun_
                                            _5/18/15_

WITNESSES:

_____

_____

_____

_____

_____

_____

_____

_____

EXHIBITS:

_G1- Copy of email communication - Admitted_

_____

_____

_____

_____

_____

_____

_____

Original Exhibits  _____  RETAINED by the Court  √  RETURNED to counsel

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

**FILED IN OPEN COURT**

# UNITED STATES DISTRICT COURT  U.S.D.C. Atlanta

MAY 1 8 2015

_____ NORTHERN _____   DISTRICT OF _____ GEORGIA _____

JAMES N. HATTEN, Clerk

By: _____
Deputy Clerk

UNITED STATES OF AMERICA

### WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

V.

CASE NUMBER: _____ 1:15-MJ-387 _____

_____ LATEEF AINA ANIMAWUN _____

Defendant

CHARGING DISTRICTS
CASE NUMBER: _____ 1:15-CR-00172-AA _____

I understand that charges are pending in the _____ District of _____ Oregon _____

alleging violation of _____ 18:1349 _____ and that I have been arrested in this district and
(Title and Section)

taken before a judge,  who has informed me of the charge(s) and  my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)     Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE  UP) MY RIGHT TO A(N):**

( ✓ ) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

X _____
*Defendant*

_____ 2/18/15 _____
*D e*

_____
*Defense Counsel*

Case 1:15-cr-00172-AA   Document 19   Filed 05/21/15   Page 31 of 33
Case 1:15-mj-00387-ECS   Document 7   Filed 05/18/15   Page 1 of 1 IN OPEN COURT
U.S.D.C. Atlanta

✎ AO 94  (Rev. 12/03) Commitment to Another District

MAY 1 8 2015

James N. Hatten, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT

__NORTHERN__   District of   __GEORGIA__

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |

LATEEF AINA ANIMAWUN

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 1:15-CR-00172-AA | | 1:15-MJ-387 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

    X Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)

**charging a violation of**    18    **U.S.C. §**  1349

**DISTRICT OF OFFENSE**
District of Oregon

**DESCRIPTION OF CHARGES:**

Conspiracy to commit mail and wire fraud

**CURRENT BOND STATUS:**

    ☐ Bail fixed at             and conditions were not met
    ☑ Government moved for detention and defendant detained after hearing in District of Arrest
    ☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
    ☐ Other (specify)

| **Representation:** | X Retained Own Counsel | ☐ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

| **Interpreter Required?** | X No | ☐ Yes | Language: |
|---|---|---|---|

**DISTRICT OF**

## TO: THE UNITED STATES MARSHAL

    You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

5/18/15
_____
Date

E. Clay Fuller
_____
Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Christopher Bly (chris.bly@usdoj.gov, gaylene.berberick@usdoj.gov,
susan.giroux@usdoj.gov, usagan.motionsresponses@usdoj.gov), William H. Thomas, Jr
(bill@whthomasfirm.com), Magistrate Judge E. Clayton Scofield, III
(angela_l_smith@gand.uscourts.gov, ganddb_efile_ecs@gand.uscourts.gov)
--Non Case Participants: File Clerks (ganddb_file_clerks@gand.uscourts.gov)
--No Notice Sent:

Message-Id:7107285@gand.uscourts.gov
Subject:Activity in Case 1:15-mj-00387-ECS USA v. Animawun Termination of Magistrate Case
```
Content–Type: text/html

## U.S. District Court

## Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 5/20/2015 at 4:01 PM EDT and filed on 5/18/2015

**Case Name:**      USA v. Animawun

**Case Number:**      <u>1:15–mj–00387–ECS</u>

**Filer:**

**Document Number:** No document attached

**Docket Text:**
 **Magistrate Case Closed. Defendant Lateef Aina Animawun terminated. (ryc)**

**1:15–mj–00387–ECS–1 Notice has been electronically mailed to:**

Christopher Bly    chris.bly@usdoj.gov, gaylene.berberick@usdoj.gov, susan.giroux@usdoj.gov,
USAGAN.MotionsResponses@usdoj.gov

William H. Thomas , Jr   bill@whthomasfirm.com

**1:15–mj–00387–ECS–1 Notice has been delivered by other means to:**

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Christopher Bly (chris.bly@usdoj.gov, gaylene.berberick@usdoj.gov,
susan.giroux@usdoj.gov, usagan.motionsresponses@usdoj.gov), William H. Thomas, Jr
(bill@whthomasfirm.com), Magistrate Judge E. Clayton Scofield, III
(angela_l_smith@gand.uscourts.gov, ganddb_efile_ecs@gand.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:7107287@gand.uscourts.gov
Subject:Activity in Case 1:15-mj-00387-ECS USA v. Animawun Transmittal of Rule 5(c)(3)
Documents
```
Content–Type: text/html

## U.S. District Court

## Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 5/20/2015 at 4:02 PM EDT and filed on 5/20/2015

**Case Name:**     USA v. Animawun
**Case Number:**     1:15–mj–00387–ECS
**Filer:**
**Document Number:** No document attached

**Docket Text:**
 **Transmittal of Rule 5(c)(3) Documents as to Lateef Aina Animawun, sent to the District of Oregon (Medford) electronically with a copy of the docket sheet. (ryc)**

**1:15–mj–00387–ECS–1 Notice has been electronically mailed to:**

Christopher Bly    chris.bly@usdoj.gov, gaylene.berberick@usdoj.gov, susan.giroux@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

William H. Thomas , Jr   bill@whthomasfirm.com

**1:15–mj–00387–ECS–1 Notice has been delivered by other means to:**